**Gregory G. SKOTNICKI, Petitioner**

v.

**INSURANCE DEPARTMENT, Respondent**

**No. 650 MAL 2016**

Supreme Court of Pennsylvania.

March 27, 2017

**ORDER**

PER CURIAM

**AND NOW,** this 27th day of March, 2017, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as framed by Petitioner, is:

Whether the Commonwealth Court erred in its conclusion that the Department is not bound by the May 28, 2014 Department Investigative Report Order directing [Phoenix] to continue Petition-er's coverage without a lapse in coverage?

■

**DEPARTMENT OF CORRECTIONS (D.O.C.), John E. Wetzel, et al.**

v.

**Keith SMITH, Petitioner**

**No. 12 EM 2017**

Supreme Court of Pennsylvania.

March 28, 2017

**ORDER**

PER CURIAM

**AND NOW,** this 28th day of March, 2017, the Application for Summary Relief is **DENIED.**

The "Writ of Mandamus to Compel" is **GRANTED.** The Court of Common Pleas of Philadelphia County is **DIRECTED** to docket, within 15 days, the matter that had been transferred from the Commonwealth Court. *See Dept. of Corr. v. Smith,* 429 MD 2013 (order dated July 29, 2014). The Court of Common Pleas of Philadelphia County is further **DIRECTED** to adjudicate the transferred matter within 90 days of docketing.

The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.